UNITED STATES BANKRUPTCY COURT　　　　Firm #20-8104897
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:　　　　　　　　　　　　　　　　　　Chapter 11

Bridge Associates of Brodheadsville, LLC　　Case No.:
　　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT PURSUANT**
　　　　　　　　　　　　　　　　　　　　　**TO RULE 1007-3**
　　　　　　　Debtor.
-------------------------------------------------X

**ALAN LUCKNER**, hereby states and affirms under the penalties of perjury:

1. I am the Managing Agent of the debtor herein, and submit this affidavit pursuant to Rule 1007-3 of the Local Bankruptcy Rules.

2. The business of the debtor is a real estate company. This Chapter 11 was required due to a foreclosure dispute which threatened to close down the debtor's business.

3. On June 2, 2010, the debtor filed its original petition for reorganization of its debts under Chapter 11 of the Bankruptcy Code.

4. The debtor is required to file a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote a creditors meeting under 11 U.S.C. 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors has already been filed. A copy of that list is annexed hereto as Exhibit "A".

5. There are no secured creditors. The Debtor has total assets of Eight Hundred Thousand ($800,000.00) dollars and total liabilities of approximately Four Hundred Thousand ($400,000.00) dollars.

6. The location of the debtor's business as well as the books, records and substantial assets of the debtor are Route 209 South, Brodheadsville, PA 18322, but the primary offices are located at 619 Bridge Street, Woodmere, NY 11598.

7. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity.

8. All stock issued and outstanding is common stock of one class, 100% being held by Adam Luckner, President. As Managing Agent of the debtor, Alan Luckner is responsible for the day-to-day operations of the business. He has over twenty-five (25) years experience in the real estate industry. The current management will manage the debtor as Debtor-In-Possession. Alan Luckner earns a gross salary of four hundred ($400.00) dollars per week but will not take pay for now. There are no other officers or directors.

9. The debtor has one (1) employee. The monthly payroll is one thousand seven hundred twenty ($1720.00) dollars.

10. The debtor estimates operating expenses to not exceed four thousand seven hundred ($4,700.00) dollars for the first thirty (30) day post-petition period. Office bills are expected to be nominal. Past due amounts to creditors are not included herein as operating expenses, since they will be dealt with under the Plan of Reorganization. I do not expect to receive any cash receipts.

11. The debtor expects **net** income from its business operations to be approximately three hundred ($300.00) dollars in the first thirty (30) day post-petition period.

12. The needs and interest of the debtor and its creditors will be best served by the debtor's continued operation and management of its assets. The debtor believes that the interest of all parties would be best served by the continuation of the debtor's operations and property

management as debtor-in-possession under Chapter 11 until confirmation of a reorganization plan.

Dated: Garden City, New York
June 1, 2010

By: Alan Luckner, Managing Agent

Sworn to before me this
1st day of June, 2010

s/ Roy J. Lester
Notary Public

ROY J. LESTER
Notary Public, State Of New York
No.30-4841129
Qualified In Nassau County
Commission Expires September 30, 2013